IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OIL SPILL RESPONSE VESSELS, LLC, *et al.*,<br><br>                Plaintiffs,<br><br>    vs.<br><br>CITY OF KODIAK, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00067-JMK<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION** |

Before the Court at Docket 47 is Defendants' Motion for Reconsideration regarding the Court's Case Management Order at Docket 45. Defendants request the Court reconsider the dismissals of the Motion to Take Judicial Notice at Docket 24, the Motion for Dismiss at Docket 25, and the Motion to Dismiss at Docket 26.

Local Rule 7.3(h)(1)(B) allows reconsideration upon a showing or discovery "of new material facts not previously available." These motions were denied as moot based on a presumption that Plaintiff would file an amended complaint within seven days of the Case Management Order. At Docket 46, Plaintiff declined to file an amended complaint.[1] The lack of amended complaint is a "new material fact." Additionally, "it is well

---

[1] Docket 46.

established that district courts have inherent power to control their docket." In the interest of judicial efficiency, this Court sees no reason for Defendants to refile the motions at Dockets 24, 25, and 26.

Accordingly, the Court **GRANTS** the Motion for Reconsideration at Docket 47. The Clerk of Court is directed to place Dockets 24, 25, and 26 under advisement. Plaintiffs have 21 days to respond to the Motion to Take Judicial Notice at Docket 24, the Motion to Dismiss at Docket 25, and the Motion to Dismiss at Docket 26.

IT IS SO ORDERED this 3rd day of May, 2024, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*Oil Spill Response Vessels, et al., v. City of Kodiak, et al.,*     Case No. 3:23-cv-00067-JMK
Order Granting Motion for Reconsideration     Page 2

Case 3:23-cv-00067-JMK   Document 49   Filed 05/03/24   Page 2 of 2